IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHARLES P. WITCHER                                                            PLAINTIFF

v.                      Case No. 2:18-cv-00022-KGB

TEAMCARE, a Central States
Health Plan                                                               DEFENDANT

## **ORDER**

Before the Court is a motion for summary judgment filed by defendant TeamCare, a Central States Health Plan ("Central States") (Dkt. No. 14). Plaintiff Charles P. Witcher failed to respond timely to the motion, but Mr. Witcher did file a belated response (Dkt. No. 16). Central States replied (Dkt. No. 17). The Court grants Central States' motion for summary judgment and will set forth a more detailed analysis in a separate Opinion and Order.

It is so ordered, this the 30th day of September, 2019.

*[signature]*
Kristine G. Baker
United States District Judge