IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHARLES P. WITCHER                          PLAINTIFF

v.                        Case No. 2:18-cv-00022-KGB

**TEAMCARE, a Central States
Health Plan**                              DEFENDANT

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Charles P. Witcher's claims are dismissed with prejudice. The relief requested is denied.

So adjudged this the 17th day of October, 2019.

_____
Kristine G. Baker
United States District Judge